IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

RICHARD LYNN DOPP,                  )
                                    )
                Petitioner,         )
                                    )
v.                                  )        Case No. CIV-14-453-D
                                    )
ROBERT PATTON, Director,            )
                                    )
                Respondent.         )

**O R D E R**

This matter is before the Court for review of the Report and Recommendation issued by United States Magistrate Judge Suzanne Mitchell pursuant to 28 U.S.C. § 636(b)(1). Judge Mitchell recommends that Petitioner's application for leave to proceed *in forma pauperis* (IFP) be denied because there are sufficient funds in his inmate savings account to pay the $5.00 filing fee for his Petition. Judge Mitchell further recommends that Petitioner be ordered to pay the full filing fee within 20 days of any order adopting the Report and Recommendation.

Petitioner Richard Dopp, a state prisoner appearing *pro se*, promptly filed a written objection to express concern that it may take longer than 20 days to complete the institutional process to access the funds and make the required payment. Within the time period for objection, however, the Court received payment of the $5.00 filing fee. Thus, the Court finds that both Petitioner's objection and his IFP application are moot.

IT IS THEREFORE ORDERED that the Court adopts the Report and Recommendation [Doc. No. 8]. Petitioner's applications to proceed IFP [Doc. Nos. 2 & 7] are DENIED.

IT IS SO ORDERED this 2nd day of June, 2014.

TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE